UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IGNACIO LUNA,

Petitioner,

*v.*

JAIME RIOS, ET AL.,

Respondents.

Case No. 5:26-cv-03990-WLH-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The deadline to file objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS ORDERED** that judgment be entered **DENYING** the Petition and **DISMISSING** this action **WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all parties who have appeared in the action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 23, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE