JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

IGNACIO LUNA,
Petitioner,
v.
JAIME RIOS, ET AL.,
Respondents.

Case No. 5:26-cv-03990-WLH-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED WITH PREJUDICE.

DATED: October 23, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE